

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 28, 2015

Ronald B. Prince
Prince Contreras PLLC
417 San Pedro Avenue
San Antonio, TX 78212-5554
* DELIVERED VIA E-MAIL *

Edward P. Cano
Attorney At Law
201 W. Poplar St.
San Antonio, TX 78212
* DELIVERED VIA E-MAIL *

Darby Riley
Riley & Riley
320 Lexington Avenue
San Antonio, TX 78215
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-14-00740-CV
        Trial Court Case Number:   2014-CI-03985
        Style:  Art Reyna
                v.
        Irene Baldridge and Kathy Hill

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 3219

cc: Floyd Contreras (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2015

No. 04-14-00740-CV

Art **REYNA**,
Appellant

v.

Irene **BALDRIDGE** and Kathy Hill,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03985
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

On January 8, 2015, Appellant Art Reyna filed a motion for extension of time seeking an additional five days to file appellant's brief. On January 13, 2015, Appellant Reyna filed his brief. Appellant's motion for extension of time is GRANTED and Appellant's brief is filed as of January 13, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court

*MINUTES*

Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas


January 28, 2015

No. 04-14-00740-CV

Art **REYNA**,
Appellant

v.

Irene **BALDRIDGE** and Kathy Hill,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03985
Honorable Cathleen M. Stryker, Judge Presiding


# O R D E R

On January 8, 2015, Appellant Art Reyna filed a motion for extension of time seeking an additional five days to file appellant's brief. On January 13, 2015, Appellant Reyna filed his brief. Appellant's motion for extension of time is GRANTED and Appellant's brief is filed as of January 13, 2015.

/s/ Patricia O. Alvarez
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2015.


/s/ Keith E. Hottle
Keith E. Hottle
Clerk of Court


ENTERED THIS 28TH DAY OF JANUARY, 2015.

VOL__PAGE___